UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BILL LIETZKE,

                Plaintiff,

v.

COUNTY OF MONTGOMERY, *et al.*,

                Defendants.

3:19-cv-00571-MMD-CBC

**REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**[1]

Before the Court is Plaintiff Bill Lietzke's ("Lietzke"), application to proceed *in forma pauperis* (ECF No. 1), and his *pro se* civil rights complaint (ECF No. 1-1).

On February 2, 2018, United States District Judge James C. Mahan deemed Lietzke a vexatious litigant under 28 U.S.C. § 1651(a). *Lietzke v. City of Montgomery, et al.*, 2018 WL 702889, at *1 (D. Nev. Feb. 2, 2018). Judge Mahan further enjoined and prohibited Lietzke from "filing any new complaint, petition, or other action in this court without first obtaining leave from the Chief Judge of this court." *Id.*

On September 13, 2019, Lietzke filed the instant action, without first obtaining leave from the Chief Judge. *See* Docket.[2] Therefore, this action is not appropriately filed in this Court.

## I. CONCLUSION

For the reasons articulated above, the Court recommends that Lietzke's application to proceed *in forma pauperis* (ECF No. 1) be **DENIED**, and that this case be **DISMISSED**.

---

[1] This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.

[2] Additionally, all of the events in the complaint appear to have occurred in Alabama; therefore, the District of Nevada is not the appropriate venue for the instant matter. 28 U.S.C. § 1391(b). The court may dismiss an action laying venue in the wrong district. 28 U.S.C. § 1406(a).

The parties are advised:

1. Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

## II. RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that Lietzke's application to proceed *in forma pauperis* (ECF No. 1) be **DENIED**; and

**IT IS FURTHER RECOMMENDED** that this case be **DISMISSED**.

DATED: 10/22/2019

_____
UNITED STATES MAGISTRATE JUDGE

-2-